Sam Zreik, (SBN 249020)
Kam Kooshki (SBN 232315)
**WHITBECK, KOOSHKI, & ZREIK LLP**
21515 Hawthorne Blvd. #1130
Torrance, CA 90503
Tel: (888) 972-9477
Fax: (310) 540-1112
E-Mail: sammy.zreik@wkzlaw.com

Attorneys for Creditor L2 Realty Group, LLC

UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA
LOS ANGELES - DIVISION

In re:

BENJAMIN SETH NACHIMSON,

        Debtor

CASE NO: 2:24-bk-11246NB

Chapter 13

**DECLARATION OF SAMMY ZREIK REGARDING PROOF OF SERVICE**

---

DECLARATION OF SAMMY ZREIK
1

# PROOF OF SERVICE OF DOCUMENT

I am over the age of 18 and not a party to this bankruptcy case or adversary proceeding. My business address is:
21515 Hawthorne Blvd. Suite 1130
Torrance, Ca 90503

A true and correct copy of the foregoing document entitled (*specify*): _____
Motion for Relief of the Automatic Stay & *Order granting Emergency Hearing*

will be served or was served **(a)** on the judge in chambers in the form and manner required by LBR 5005-2(d); and **(b)** in the manner stated below:

**1. TO BE SERVED BY THE COURT VIA NOTICE OF ELECTRONIC FILING (NEF)**: Pursuant to controlling General Orders and LBR, the foregoing document will be served by the court via NEF and hyperlink to the document. On (*date*) 03/01/2024, I checked the CM/ECF docket for this bankruptcy case or adversary proceeding and determined that the following persons are on the Electronic Mail Notice List to receive NEF transmission at the email addresses stated below:

US Trustee ustpregion16.rs.ecf@usdoj.gov
Benjamin Seth Nachimson; ben.nachimson@wnlawyers.com

☐ Service information continued on attached page

**2. SERVED BY UNITED STATES MAIL**:
On (*date*) 03/01/2024, I served the following persons and/or entities at the last known addresses in this bankruptcy case or adversary proceeding by placing a true and correct copy thereof in a sealed envelope in the United States mail, first class, postage prepaid, and addressed as follows. Listing the judge here constitutes a declaration that mailing to the judge will be completed no later than 24 hours after the document is filed.

The Honorable Neil Banson; United States Bankruptcy Court
Central District of California; 255 E. Temple Street, Suite 1552 / Courtroom 1545
Los Angeles, CA 90012

☐ Service information continued on attached page

**3. SERVED BY PERSONAL DELIVERY, OVERNIGHT MAIL, FACSIMILE TRANSMISSION OR EMAIL (state method for each person or entity served)**: Pursuant to F.R.Civ.P. 5 and/or controlling LBR, on (*date*) 03/01/2024, I served the following persons and/or entities by personal delivery, overnight mail service, or (for those who consented in writing to such service method), by facsimile transmission and/or email as follows. Listing the judge here constitutes a declaration that personal delivery on, or overnight mail to, the judge will be completed no later than 24 hours after the document is filed.

Benjamin Seth Nachimson  9017 Crest Dr., Los Angeles, Ca 90035
Kathy A Dockery (TR) 801 Figueroa Street, Suite 1850, Los Angeles, CA 90017

☑ Service information continued on attached page

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

| 03/01/2024 | Sammy Zreik | *signature* |
|---|---|---|
| Date | Printed Name | Signature |

---

This form is mandatory. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

June 2012

**F 9013-3.1.PROOF.SERVICE**

**FedEx Shipping Label**

ORIGIN ID:HHRA    (310) 540-1119
SAMMY ZREIK
21515 HAWTHORNE BLVD #1130
TORRANCE, CA 90503
UNITED STATES US

SHIP DATE: 01MAR24
ACTWGT: 0.10 LB
CAD: 253150479/INET4700

BILL SENDER

TO: BENJAMIN NACHIMSON
9017 CRESTA DR.
(310) 540-1119
LOS ANGELES CA 90035
INV:
PO:    DEPT:

TRK# 2716 4749 8573    0201

90 BABA

SATURDAY 9:30A
FIRST OVERNIGHT

90035
CA-US    LAX
RES

583J6/194B/9AE3

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000; e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.

**FedEx Shipping Label**

ORIGIN ID:HHRA   (310) 540-1119
SAMMY ZREIK
21515 HAWTHORNE BLVD #1130
TORRANCE, CA 90503
UNITED STATES US

SHIP DATE: 01MAR24
ACTWGT: 0.50 LB
CAD: 253150479/INET4700

BILL SENDER

TO KATHY DOCKERY
801 FIGUEROA ST
LOS ANGELES CA 90017
(888) 972-9477
REF:
INV:
PO:                          DEPT:

TRK# 2716 4754 4543    0201

90 JBPA

SATURDAY 10:00A
FIRST OVERNIGHT

90017
CA-US    LAX

FedEx Express

583J6/194B/9AE3

---

**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.



**After printing this label:**
1. Use the 'Print' button on this page to print your label to your laser or inkjet printer.
2. Fold the printed page along the horizontal line.
3. Place label in shipping pouch and affix it to your shipment so that the barcode portion of the label can be read and scanned.

**Warning:** Use only the printed original label for shipping. Using a photocopy of this label for shipping purposes is fraudulent and could result in additional billing charges, along with the cancellation of your FedEx account number.
Use of this system constitutes your agreement to the service conditions in the current FedEx Service Guide, available on fedex.com.FedEx will not be responsible for any claim in excess of $100 per package, whether the result of loss, damage, delay, non-delivery,misdelivery,or misinformation, unless you declare a higher value, pay an additional charge, document your actual loss and file a timely claim.Limitations found in the current FedEx Service Guide apply. Your right to recover from FedEx for any loss, including intrinsic value of the package, loss of sales, income interest, profit, attorney's fees, costs, and other forms of damage whether direct, incidental,consequential, or special is limited to the greater of $100 or the authorized declared value. Recovery cannot exceed actual documented loss.Maximum for items of extraordinary value is $1,000, e.g. jewelry, precious metals, negotiable instruments and other items listed in our ServiceGuide. Written claims must be filed within strict time limits, see current FedEx Service Guide.