| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address<br>Benjamin Nachimson<br>11900 Wilshire Boulevard, 15th Floor<br>Los Angeles, CA 90024<br>(310) 474-8776<br>Email: ben.nachimson2wnlawyers.com<br><br>☐ **Debtor(s) appearing without an attorney**<br>☐ **Attorney for Debtor(s)** | FOR COURT USE ONLY<br><br>**FILED**<br>MAR 06 2024<br>CLERK U.S. BANKRUPTCY COURT<br>CENTRAL DISTRICT OF CALIFORNIA<br>BY:           Deputy Clerk |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA - LOS ANGELES DIVISION**

| In re:<br><br>Benjamin Seth Nachimson<br><br><br><br><br><br>Debtor(s). | CASE NO.: 2:24-11246-NB<br>CHAPTER: 13<br><br>**DECLARATION BY DEBTOR(S)**<br>**AS TO WHETHER INCOME WAS RECEIVED**<br>**FROM AN EMPLOYER WITHIN 60 DAYS OF**<br>**THE PETITION DATE**<br>[11 U.S.C. § 521(a)(1)(B)(iv)]<br><br>[No hearing required] |
|---|---|

Debtor(s) provides the following declaration(s) as to whether income was received from an employer within 60 days of the Debtor(s) filing this bankruptcy case (Petition Date), as required by 11 U.S.C. § 521(a)(1)(B)(iv):

<u>Declaration of Debtor 1</u>

1. ☒ I am Debtor 1 in this case, and I declare under penalty of perjury that the following information is true and correct:

    **During the 60-day period before the Petition Date** (<u>Check only ONE box below</u>):

    ☒ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60-day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

    ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.

Date: 03/06/2024    Benjamin Nachimson                        _____
                    Printed name of Debtor 1                  Signature of Debtor 1

---

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

December 2015                                Page 1                          F 1002-1.EMP.INCOME.DEC

<u>Declaration of Debtor 2 (Joint Debtor) (if applicable)</u>

2. ☐ I am Debtor 2 in this case, and I declare under penalty of perjury that the following information is true and correct:

   **During the 60-day period before the Petition Date** (<u>*Check only ONE box below*</u>):

   ☐ **I was paid by an employer.** Attached are copies of all statements of earnings, pay stubs, or other proof of employment income I received from my employer during this 60 day period. (*If the Debtor's social security number or bank account is on a pay stub or other proof of income, the Debtor must cross out (redact) the number(s) before filing this declaration.*)

   ☐ **I was not paid by an employer** because I was either self-employed only, or not employed.


Date: _____    _____    _____
                              Printed name of Debtor 2                    Signature of Debtor 2

This form is mandatory. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*    Page 2    F 1002-1.EMP.INCOME.DEC



**BENJAMIN NACHIMSON**  |  Account # 0003 9791 2424  |  December 23, 2023 to January 25, 2024

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 12/26/23 | Online Banking Transfer Conf# qt32gbdz7; NACHIMSON, MARTIN | 1,000.00 |
| 12/26/23 | PURCHASE REFUND 1222  AFTERPAY 185-52896014 CA 24011343356000066749392 RECURRING | 57.42 |
| 12/26/23 | PURCHASE REFUND 1222  AFTERPAY 185-52896014 CA 24011343356000066750671 RECURRING | 57.41 |
| 12/26/23 | PURCHASE REFUND 1222  AFTERPAY 185-52896014 CA 24011343356000066751950 RECURRING | 38.27 |
| 12/26/23 | Online Banking transfer from CHK 4803 Confirmation# 4945452570 | 30.00 |
| 12/27/23 | Online Banking transfer from CHK 4987 Confirmation# 1572075288 | 200.00 |
| 12/28/23 | Online Banking transfer from CHK 4987 Confirmation# 1581189543 | 200.00 |
| 12/28/23 | PURCHASE REFUND 1227  GOODRX GOLD HTTPSWWW.GOODCA 24492163362000017733653 RECURRING | 19.99 |
| 12/28/23 | PURCHASE REFUND 1227  GOODRX GOLD HTTPSWWW.GOODCA 24492163362000017737522 RECURRING | 19.99 |
| 12/29/23 | CHAPMAN GLUCKSMA DES:DIRECT DEP ID:538090993929&7L  INDN:NACHIMSON,BENJAMIN S CO ID:9111111103 PPD | 2,094.25 |
| 01/04/24 | BKOFAMERICA MOBILE 01/05 3643251874 DEPOSIT         *MOBILE     CA | 57.64 |
| 01/05/24 | Online Banking Transfer Conf# lvlqt470d; NACHIMSON, MARTIN | 3,000.00 |
| 01/10/24 | Online Banking Transfer Conf# q4fqjvkc6; NACHIMSON, MARTIN | 1,000.00 |
| 01/12/24 | CHAPMAN GLUCKSMA DES:DIRECT DEP ID:930532065194&7L  INDN:NACHIMSON,BENJAMIN S CO ID:9111111103 PPD | 3,446.09 |
| 01/16/24 | Acorns Invest   DES:Transfer   ID:XBK5XC1  INDN:snachim@ca.rr.com    CO ID:9000142693 PPD | 600.00 |
| 01/17/24 | CHECKCARD  0117 AMAZON.COM SEATTLE    WA 74431064017083000435 | 60.21 |
| 01/19/24 | Online Banking Transfer Conf# mthbaag35; NACHIMSON, MARTIN | 1,000.00 |
| 01/24/24 | Zelle payment from SARAH NACHIMSON Conf# nk60tsc6t | 141.00 |

*continued on the next page*

---

# Introducing an improved mobile app experience

Managing your accounts with our Mobile Banking app[1] is easy, convenient and secure. And with a new simplified view that arranges your accounts by category, our mobile app makes it easy to help you stay confidently in control of your financial picture—all in one place.

**Download the Mobile Banking app today**
bankofamerica.com/mobilebanking



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices.
Message and data rates may apply.

SSM-07-23-0816.B | 5836705

| December 23, 2023 to January 25, 2024 |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 12/26/23 | ███████████████████████████████████████ | ███ |
| 12/26/23 | PURCHASE REFUND 1222 AFTERPAY 185-52896014 CA 24011343356000066749392 RECURRING | 57.42 |
| 12/26/23 | PURCHASE REFUND 1222 AFTERPAY 185-52896014 CA 24011343356000066750671 RECURRING | 57.41 |
| 12/26/23 | PURCHASE REFUND 1222 AFTERPAY 185-52896014 CA 24011343356000066751950 RECURRING | 38.27 |
| 12/26/23 | ███████████████████████████████████████ | ███ |
| 12/27/23 | ███████████████████████████████████████ | ███ |
| 12/28/23 | ███████████████████████████████████████ | ███ |
| 12/28/23 | PURCHASE REFUND 1227 GOODRX GOLD HTTPSWWW.GOODCA 24492163362000017733653 RECURRING | 19.99 |
| 12/28/23 | PURCHASE REFUND 1227 GOODRX GOLD HTTPSWWW.GOODCA 24492163362000017737522 RECURRING | 19.99 |
| 12/29/23 | CHAPMAN GLUCKSMA DES:DIRECT DEP ID:538090993929&7L INDN:NACHIMSON,BENJAMIN S CO ID:9111111103 PPD | 2,094.25 |
| 01/04/24 | BKOFAMERICA MOBILE 01/05 3643251874 DEPOSIT *MOBILE CA | 57.64 |
| 01/05/24 | ███████████████████████████████████████ | ███ |
| 01/10/24 | ███████████████████████████████████████ | ███ |
| 01/12/24 | CHAPMAN GLUCKSMA DES:DIRECT DEP ID:930532065194&7L INDN:NACHIMSON,BENJAMIN S CO ID:9111111103 PPD | 3,446.09 |
| 01/16/24 | ███████████████████████████████████████ | ███ |
| 01/17/24 | ███████████████████████████████████████ | ███ |
| 01/19/24 | ███████████████████████████████████████ | ███ |
| 01/24/24 | Zelle payment from SARAH NACHIMSON Conf# nk60tsc6t | 141.00 |

*continued on the next page*

---

## Introducing an improved mobile app experience

Managing your accounts with our Mobile Banking app[1] is easy, convenient and secure. And with a new simplified view that arranges your accounts by category, our mobile app makes it easy to help you stay confidently in control of your financial picture — all in one place.

**Download the Mobile Banking app today**
bankofamerica.com/mobilebanking



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
[1] Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-23-0816B | 5836705



| January 26, 2024 to February 23, 2024 |

Important disclosure information listed on the "Important Information for Bank Deposit Accounts" page.

## Deposits and other additions

| Date | Description | Amount |
|---|---|---|
| 01/29/24 | ███████████████████████████ | ███ |
| 01/31/24 | CHAPMAN GLUCKSMA DES:DIRECT DEP ID:674076887415&7L INDN:NACHIMSON,BENJAMIN S CO ID:9111111103 PPD | 3,522.76 |
| 02/05/24 | PAYPAL DES:TRANSFER ID:1032292067289 INDN:SUSAN NACHIMSON CO ID:PAYPALSD11 PPD | 45.00 |
| 02/06/24 | ███████████████████████████ | ███ |
| 02/09/24 | NSF Returned Item Fee Refund | 485.24 |
| 02/12/24 | ███████████████████████████ | ███ |
| 02/13/24 | ███████████████████████████ | ███ |
| 02/14/24 | ███████████████████████████ | ███ |
| 02/15/24 | CHAPMAN GLUCKSMA DES:DIRECT DEP ID:926631884021&7L INDN:NACHIMSON,BENJAMIN S CO ID:9111111103 PPD | 3,522.33 |
| 02/20/24 | ███████████████████████████ | ███ |
| 02/20/24 | ███████████████████████████ | ███ |
| 02/21/24 | ███████████████████████████ | ███ |
| 02/21/24 | Online Banking transfer from CHK 0910 Confirmation# 4652690285 | 100.00 |
| 02/22/24 | Online Banking transfer from CHK 4803 Confirmation# 4860713683 | 600.00 |
| **Total deposits and other additions** | | **$14,487.38** |

### Introducing an improved mobile app experience

Managing your accounts with our Mobile Banking app¹ is easy, convenient and secure. And with a new simplified view that arranges your accounts by category, our mobile app makes it easy to help you stay confidently in control of your financial picture — all in one place.

**Download the Mobile Banking app today**
bankofamerica.com/mobilebanking



When you use the QRC feature, certain information is collected from your mobile device for business purposes.
¹ Mobile Banking requires that you download the Mobile Banking app and is only available for select mobile devices. Message and data rates may apply.

SSM-07-23-0816.B | 5836705

Page 3 of 14